# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER GIER, | Case No. 2:17-cv-03075-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 13) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant(s). | |

Before the Court is the parties' interim status report. Docket No. 13. The parties submit that they have reached a settlement. *Id.* The Court **ORDERS** the parties to file a stipulation of dismissal no later than May 29, 2018.

IT IS SO ORDERED.

DATED: April 26, 2018

NANCY J. KOPPE
United States Magistrate Judge