JAMES E. HARPER
Nevada Bar No. 9822
TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Roger Gier, individually;<br><br>Plaintiff,<br><br>vs.<br><br>State Farm Mutual Automobile Insurance Company; Does I through X, inclusive; Roe Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-03075-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

1

IT IS HEREBY STIPULATED by and between the Plaintiff, ROGER GIER, by and through his counsel of record, BRISCOE LAW GROUP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 1st day of May 2018.

**BRISCOE LAW GROUP**

/s/ Shemilly A. Briscoe
SHEMILLY A. BRISCOE
Nevada Bar No. 9985
1060 Wigwam Parkway
Henderson, NV 89074
Phone: (702) 754-5600
Fax: (702) 309-1085
E-Mail: shemilly@briscoelawgroup.com
*Attorneys for Plaintiff*

DATED this 1st day of May 2018.

**HARPER | SELIM**

/s/ James E. Harper
JAMES E. HARPER
Nevada Bar No. 9822
1707 Village Center Circle, Suite 140
Las Vegas, NV 89130
Phone: (702) 948-9240
Fax: (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of May, 2018.

RICHARD F. BOULWARE, II
United States District Judge

2